The judgment is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Antonio GREEN, Defendant/Appellant.**

No. 68468.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 19, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 7, 1996.

Application to Transfer Denied
March 26, 1996.

Murry A. Marks, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., and SIMON and BLACKMAR, JJ.

*ORDER*

PER CURIAM.

Defendant Antonio Green appeals the judgment and sentence entered on charges of possession of burglar's tools in violation of § 569.180 RSMo 1984 after the sentencing court denied his motion for leave to withdraw his guilty plea. He was sentenced to a term of three years imprisonment.